(COB #230 voApprStip13MTD)(10/07)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Michael E. Romero

In re:

Michael Howard Zook
Sonja Marie Zook

Debtor(s)

Case No.:   10−36578−MER
Chapter:    13

SSN/TID
Nos.   xxx−xx−2355
       xxx−xx−2520

### ORDER APPROVING STIPULATION FOR THE RESOLUTION OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

THE COURT, having reviewed the Stipulation between the Debtor and the Standing Chapter 13 Trustee filed 5/1/2013, hereby approves the Stipulation.

The Chapter 13 Trustee's Motion to Dismiss ( docket #101) is resolved pursuant to the terms of the Stipulation.

Dated:  5/2/13

BY THE COURT:
s/ Michael E. Romero
United States Bankruptcy Judge